DAVID A. POSNER & Co., INC., Appellant, v. MICHAEL PASTERNACK and Others, Defendants, and PHILIP KRUMHOLZ and JULIUS KRUMHOLZ, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NATIONAL ASSETS CORPORATION and WILLIAM H. BYINGTON, Respondents.— Order denying plaintiff's motion for an injunction *pendente lite* affirmed, without costs. In our opinion the issues herein should be determined after a trial. Lazansky, P. J., Kapper, Scudder and Tompkins, JJ., concur; Hagarty, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP SHLANSKY, Appellant.*— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, affirmed. No opinion. Lazansky, P. J., Hagarty, Scudder and Tompkins, JJ., concur, Kapper, J., dissents.

ABRAHAM SCHNEIDER, Suing for Himself as Stockholder and All Other Stockholders Similarly Situated of the NEW DORP HEIGHTS REALTY CORPORATION, Appellant, v. DAVID MAY and Others, Defendants, and JAMES BURKE, Respondent.— Order denying plaintiff's motion to strike out defenses and counterclaim contained in respondent's answer and directing that a bill of particulars of the counterclaim be served upon request affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

CHARLES SCHNEIDER, Appellant, v. SAM KAPLAN, as President of Moving Picture Machine Operators' Union of Greater New York, Local No. 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More than Seven Persons, Respondent.— Judgment unanimously affirmed, with costs, upon authority of *Polin* v. *Kaplan* (*ante*, p. 849), decided herewith. Findings of fact and conclusions of law inconsistent herewith are reversed and such new findings and conclusions will be made as may be necessary to sustain the judgment. Present — Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ. Settle order on notice.